UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MATTHEW DAALLING,

                Plaintiff,                **ORDER**
                                                     23-CV-05426 (OEM)

    -against-

GIOVANNI DAALLING; AMBER;
AL DAEIM; MICHELLE RIVERA,

                Defendants.
------------------------------------------------------------x
ORELIA E. MERCHANT, District Judge:

       Plaintiff Matthew Daalling filed the instant *pro se* action alleging jurisdiction under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971). By memorandum and order dated September 5, 2023, I granted Plaintiff's request to proceed *in forma pauperis* and dismissed the complaint for failure to state a claim upon which relief may be granted, *see* 28 U.S.C. § 1915(e)(2)(B), and for failure to conform with Rule 8(a) of the Federal Rules of Civil Procedure. ECF 4. Plaintiff was, however, granted thirty (30) days from the date of the memorandum and order to file an amended complaint. Plaintiff was informed that if he failed to file an amended complaint within the time allowed or show good cause why he could not comply, judgment would enter. *Id.* To date, Plaintiff has failed to file an amended complaint or otherwise contacted the Court.[1]

---

[1] The Plaintiff failed to provide a complete mailing address or phone number when he filed the complaint. A *pro se* Plaintiff has a duty to keep the Court apprised of his current address. *Thomas v. Eli Lilly & Co.*, No. 21-CV-04237, 2022 WL 1501650, at *2 (E.D.N.Y. May 12, 2022); *Scruggs v. Fludd*, No. 19-CV-05163, 2019 WL 6827294, at *1 (E.D.N.Y. Dec. 11, 2019).

Accordingly, the Clerk of Court is directed to enter judgment and close this action.

The Court certifies pursuant to 28 U.S.C. § 1915 (a)(3), that any appeal from this order would not be taken in good faith and, therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

**SO ORDERED.**

  /s/ Orelia E. Merchant
ORELIA E. MERCHANT
United States District Judge

Dated: Brooklyn, New York
       October 17, 2023